# United States District Court
## Northern District of New York
### CIVIL JUDGMENT

Timothy Evans,

       -v-

The Commissioner of Social Security

C a s e   N u m b e r:

5:05cv515 (GHL)

[X]   Decision by Court.  This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** the Commissioner's determination in this matter be affirmed, and the plaintiff's Complaint is dismissed.

All of the above pursuant to an Order of the United States Magistrate Judge George H. Lowe, dated July 2, 2007.

Dated: July 2, 2007

Lawrence K. Baerman, Clerk

Clerk of Court

s/

Marie N. Marra, Deputy Clerk